Thomas Scott Thompson (*Pro Hac Vice forthcoming*)
SThompson@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
Tel:  202-434-7300
Fax: 202-434-7400

Paige E. Adaskaveg (SBN 330551)
peadaskaveg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel:  415-432-6000
Fax: 415-432-6001

Attorneys for Real Party in Interest/Defendant
T-MOBILE WEST LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY CASADIDIO, an individual; and ROBIN CASADIDIO, an individual,<br><br>Petitioners,<br><br>vs.<br><br>COUNTY OF SONOMA; and DOES 1-50, inclusive,<br><br>Respondents,<br><br>and<br><br>VB BTS II, LLC, a Delaware limited liability company; T-Mobile West LLC, a Delaware limited liability company; Garth B. Harding, trustee of the Garth B. Harding and Dena C. Harding 2001 Trust, created by Declaration of Trust dated October 9, 2001; Dena C. Harding, trustee of the Garth B. Harding and Dena C. Harding 2001 Trust, created by Declaration of Trust dated October 9, 2001; and DOES 51-75, inclusive,<br><br>Real Parties in Interest. | Case No.  3:25-cv-00112-SK<br><br>**REAL PARTY IN INTEREST/DEFENDANT T-MOBILE WEST LLC'S** *CORRECTED* **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 & CIVIL L.R. 3-15**<br><br>[*Removed from the Superior Court of the State of California, County of Sonoma (State Court Case No. 24CV06671)*]<br><br>Complaint Filed:       November 7, 2024 |

1

T-MOBILE WEST LLC'S *CORRECTED* CERTIFICATION OF CONFLICTS AND INTERESTED
ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 & CIVIL L.R. 3-15

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. **T-Mobile West LLC**

2. **T-Mobile USA, Inc.**, a Delaware corporation. T-Mobile West LLC is a wholly owned subsidiary of T-Mobile USA, Inc.

3. **T-Mobile US, Inc.**, a Delaware corporation. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly-traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC ("NASDAQ"). T-Mobile USA, Inc. is a wholly-owned subsidiary of T-Mobile US, Inc.

4. **Deutsche Telekom Holding B.V.**, a limited liability company (*besloten vennootschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands ("DT B.V."). DT B.V. owns more than 10% of the shares of T-Mobile US, Inc.

5. **T-Mobile Global Holding GmbH**, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding"). DT B.V. is a direct wholly-owned subsidiary of Holding.

6. **T-Mobile Global Zwischenholding GmbH**, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global"). Holding is a direct wholly-owned subsidiary of Global.

7. **Deutsche Telekom AG**, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom"). The principal trading market for Deutsche Telekom's ordinary shares is the trading platform "Xetra" of Deutsche Börse AG. Deutsche Telekom's ordinary shares also trade on the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one ordinary share, trade on the OTC market's highest tier,

OTCQX International Premier (ticker symbol: "DTEGY"). Global is a direct wholly-owned subsidiary of Deutsche Telekom.

8. **Softbank Group Corp.**, through its wholly-owned subsidiaries, Delaware Project 4 L.L.C., Delaware Project 6 L.L.C. and Delaware Project 9 L.L.C., beneficially owns approximately 7.4% of shares of T-Mobile US, Inc. common stock outstanding.

9. **Mr. Masayoshi Son** owns more than 10% of SoftBank Group Corp.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 6, 2025                    Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO, P.C.

*/s/ Paige E. Adaskaveg*
Thomas Scott Thompson (*Pro Hac Vice forthcoming*)
Paige E. Adaskaveg

Attorneys for Real Party in Interest/Defendant
T-MOBILE WEST LLC